Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*One of the Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FISS,<br><br>         Plaintiff,<br><br>    v.<br><br>CALIFORNIA COLLEGE OF THE ARTS,<br><br>         Defendant. | Case No.: 3:24-cv-03415<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES AND PARTIES** |

Pursuant to Local Rule 3-15, the undersigned certifies that, as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: June 6, 2024         Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (California SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorneys for Plaintiff*