Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAREN FISS,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA COLLEGE OF THE ARTS,<br><br>  Defendant. | Case No.: 4:24-cv-03415-HSG<br><br>**JOINT STIPULATION TO MOVE HEARING DATE AND INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS (DKT. 19); ORDER** |
|---|---|

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, Plaintiff KAREN FISS and Defendant CALIFORNIA COLLEGE OF THE ARTS ("CCA" or together, "Parties"), by and through the undersigned counsel, have conferred, hereby stipulate to, and respectfully request the Court find good cause warrants moving the hearing date and the initial case management conference and extending the briefing schedule for CCA's motion as described herein. The Parties stipulate as follows:

WHEREAS, on August 8, 2024, CCA filed its motion to dismiss (the "Motion") the complaint. (Dkt. 19);

WHEREAS, the deadline for Plaintiff to oppose or otherwise plead is currently August 22, 2024, and CCA's reply is due by August 29, 2024;

WHEREAS, the Motion is currently scheduled to be heard on October 3, 2024, at 2:00 p.m.;

WHEREAS, the Court also set the initial case management conference to be heard at the same time as the Motion, on October 3, 2024, at 2:00 p.m. (Dkt. 20);

WHEREAS, the Parties agree that there are several issues raised in the Motion;

THEREFORE, the Parties stipulate to (a) extend the deadline for Plaintiff to file her opposition or to otherwise plead until September 5, 2024, (b) extend the deadline for CCA to file its Reply in Support of the Motion until September 26, 2024, and (c) move the date of the hearing on the Motion and the initial case management conference to October 31, 2024, at 2:00 p.m.

DATED: August 15, 2024        Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Tel: (650) 781-8000
Fax: (650) 648-0705
mark@javitchlawoffice.com

Jerome Marcus* (PA SBN 50708)
Rachel Ghatan (CA SBN 204355)
The Deborah Project
P.O.B. 212
Merion Station, PA 19066
610.880.0100
jmarcus@deborahproject.org
rghatan@deborahproject.org

*Attorneys for Plaintiff*
KAREN FISS

*Pending Pro Hac Vice Application*

By: /s/ Jessica C. Shafer
Jessica C. Shafer
Angel R. Sevilla
Julianna Bramwell
JACKSON LEWIS P.C.

1  
2  50 California Street, 9th Floor  
San Francisco, California 94111-4615

3  Attorneys for Defendant  
CALIFORNIA COLLEGE OF THE ARTS

4  
5  
6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7  
8  
9  Date: 8/15/2024  
                               Haywood S. Gilliam, Jr.  
                               United States District Judge