MARC A. GREENDORFER (STATE BAR NO. 226502)
*Counsel of Record*
ZACHOR LEGAL INSTITUTE
P.O. Box 6774
Bozeman, Montana 59771
Marc@ZachorLegal.org
*Attorney for Amicus Curiae Zachor Legal Institute*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KAREN FISS<br><br>                Plaintiff,<br><br>vs.<br><br><br>CALIFORNIA COLLEGE OF THE ARTS,<br>           Defendant. | **CASE NO: 4:24-CV-03415-HSG**<br><br>**ORDER GRANTING ZACHOR LEGAL INSTITUTE'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF (as modified)**<br><br>The Honorable Haywood S Gilliam, Jr. |

## ORDER

Before the Court is non-party Zachor Legal Institute's ("Movant")
Motion for Leave to File as Amicus Curiae ("Motion"). After full consideration
of the Motion, as well as all supporting papers and all documents currently
on file with the Court, the Court hereby GRANTS the Motion.

**IT IS FURTHER ORDERED** that counsel must e-file Movants' amicus
curiae brief attached as Exhibit A to the Motion forthwith.

**SO ORDERED.**

Dated: 11/12/2024

_Haywood S. Gilliam, Jr._

The Honorable Haywood S Gilliam, Jr.