Angel R. Sevilla (State Bar No. 239072)
Jessica C. Shafer (State Bar No. 297856)
Julianna Bramwell (State Bar No. 339794)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Angel.Sevilla@jacksonlewis.com
E-mail: Jessica.Shafer@jacksonlewis.com
E-mail: Julianna.Bramwell@jacksonlewis.com

Attorneys for Defendant
CALIFORNIA COLLEGE OF THE ARTS

Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

Attorneys for Plaintiff
KAREN FISS

Lori Lowenthal Marcus* (PA 53388)
Jerome Marcus* (PA SBN 50708)
The Deborah Project
P.O.B. 212
Merion Station, PA 19066
610.880.0100
jmarcus@deborahproject.org
rghatan@deborahproject.org

** Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FISS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA COLLEGE OF THE ARTS,<br><br>Defendant. | Case No. 4:24-cv-03415-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND EXTEND BRIEFING SCHEDULE (DKT. 35)**<br><br>Complaint Filed: 06/06/2024<br>First Amended Complaint: 09/05/2024<br>Trial Date: Not Set |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, Plaintiff KAREN FISS and Defendant CALIFORNIA COLLEGE OF THE ARTS ("CCA" or together, "Parties"), by and through the undersigned counsel, have conferred, hereby stipulate to, and respectfully request the Court find good cause warrants moving the hearing date on Defendant's Motion to Dismiss and

extending the briefing schedule for CCA's Motion to Strike as described herein.

WHEREAS, on October 15, 2024, CCA filed its Motion to Dismiss the First Amended Complaint (the "Motion to Dismiss") (Dkt. No. 35);

WHEREAS, on November 5, 2024, Fiss filed her Opposition to the Motion;

WHEREAS, on November 11, 2024, Marc A. Greendorfer of the Zachor Legal Institute filed a Motion for Leave to File Brief of *Amicus Curiae* regarding CCA's Motion;

WHEREAS, on November 12, 2024, this Court granted Mr. Greendorfer's Motion to File a Brief *Amicus Curiae*;

WHEREAS, on November 19, 2024, CCA filed its Reply in Support of the Motion to Dismiss;

WHEREAS, on November 19, 2024, CCA filed a Motion to Strike the Statements in Plaintiff's Opposition to the Motion to Dismiss (the "Motion to Strike") (Dkt. No. 45);

WHEREAS, the earliest date which CCA could have its Motion to Strike heard was January 9, 2025;

WHEREAS, the Motion to Dismiss (Dkt. No. 35) is set to be heard on December 5, 2024;

WHEREAS, the Parties agree to extend and coordinate the briefing schedule for the Motion to Strike in light of the intervening holidays;

WHEREAS, the Parties agree that it is in the interest of judicial economy that the Motion to Dismiss and the Motion to Strike be heard at the same time;

THEREFORE, the Parties stipulate to the following:

1. Plaintiff's deadline to file her opposition to the Motion to Strike is December 12, 2024;

2. Defendant's deadline to file its Reply in Support of the Motion to Strike is December 30, 2024;

3. Defendant's deadline to file its response, if any, to Zachor Legal Institute's Brief of *Amicus Curiae* is December 30, 2024; and

///

///

4. The date of the hearing on the Motion to Dismiss (Dkt. No. 35) is continued to January 9, 2025 at 2:00 p.m.

Dated: November 27, 2024

JACKSON LEWIS P.C.

By: /s/ Julianna Bramwell
Angel R. Sevilla
Jessica C. Shafer
Julianna Bramwell
Attorneys for Defendant
CALIFORNIA COLLEGE OF THE ARTS

*"Pursuant to L.R. 5-1(i)(3), I hereby attest concurrence in the filing of this document has been obtained from the other Signatory by e-mail November 27, 2024 12:14 PM, which shall serve in lieu of his signature on the document indicated sby a conformed signature (/s/) within this e-filed document."*

DATED: November 27, 2024

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Tel: (650) 781-8000
Fax: (650) 648-0705
mark@javitchlawoffice.com

Lori Lowenthal Marcus* (PA 53388)
Jerome Marcus* (PA SBN 50708)
The Deborah Project
P.O.B. 212
Merion Station, PA 19066
610.880.0100
jmarcus@deborahproject.org
rghatan@deborahproject.org

*Attorneys for Plaintiff*
KAREN FISS

* *Admitted Pro Hac Vice*

**ORDER**

Having reviewed and considered the parties' submissions, the Court hereby GRANTS the Parties stipulation that:

1. Plaintiff's deadline to file her opposition to the Motion to Strike is December 12, 2024;

2. Defendant's deadline to file its Reply in Support of the Motion to Strike is December 30, 2024;

3. Defendant's deadline to file its response, if any, to Zachor Legal Institute's Brief of *Amicus Curiae* is December 30, 2024; and

4. The date of the hearing on the Motion to Dismiss (Dkt. No. 35) is continued to January 9, 2025, at 2:00 p.m.

IT IS SO ORDERED.

Dated: 12/2/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge

4922-0011-1872, v. 2