1  Mark L. Javitch (CA SBN 323729)
   Javitch Law Office
2  3 East 3rd Ave. Ste. 200
   San Mateo, CA 94401
3  Telephone: (650) 781-8000
   Facsimile: (650) 648-0705
4  mark@javitchlawoffice.com

5  *One of the Attorneys for Plaintiff*

6

7  [Additional Counsel on Signature Page]

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | KAREN FISS,                          | Case No.: 4:24-cv-03415-HSG |
12 |           Plaintiff,                 |                             |
13 |     v.                               | **JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING ON MOTION TO DISMISS (DKT. 56)** |
14 | CALIFORNIA COLLEGE OF THE ARTS,      |                             |
15 |           Defendant.                 |                             |

16

17     Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, Plaintiff KAREN FISS and Defendant

18 CALIFORNIA COLLEGE OF THE ARTS ("CCA" or together, "Parties"), by and through the

19 undersigned counsel, have conferred, hereby stipulate to, and respectfully request the Court find good

20 cause warrants extending the briefing schedule and hearing date for CCA's motion as described herein.

21 The Parties stipulate as follows:

22     WHEREAS, on February 18, 2025, CCA filed its motion to dismiss (the "Motion") the Second

23 Amended Complaint. (Dkt. 56);

24

25     WHEREAS, the hearing on the Motion is currently set for April 17, 2025;

26     WHEREAS, the deadline for Plaintiff to oppose the motion is March 4, 2025, and CCA's reply

27 is due by March 10, 2024;

28

WHEREAS, the Parties agree that there are several issues raised in the Motion and the current hearing date is during Passover;

THEREFORE, the Parties stipulate to (a) extend the deadline for Plaintiff to file her opposition until March 18, 2025, (b) extend the deadline for CCA to file its Reply in Support of the Motion until April 1, 2025, and (c) extend the hearing date by two weeks from April 17, 2025 to May 1, 2025.

DATED: February 24, 2025       Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Tel: (650) 781-8000
Fax: (650) 648-0705
mark@javitchlawoffice.com

Lori Lowenthal Marcus* (PA 53388)
Jerome Marcus* (PA SBN 50708)
The Deborah Project
P.O.B. 212
Merion Station, PA 19066
610.880.0100
jmarcus@deborahproject.org
rghatan@deborahproject.org

*Attorneys for Plaintiff*
KAREN FISS

* *Admitted Pro Hac Vice*

By: /s/ Jessica C. Shafer
Jessica C. Shafer
Angel R. Sevilla
Julianna Bramwell
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615

Attorneys for Defendant
CALIFORNIA COLLEGE OF THE ARTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

                                                                    _____
Haywood S. Gilliam, Jr.
United States District Judge

### Local Rule 5-1(i)(3) Attestation

Although this stipulation representing more than one electronic signature is being filed under the ECF/CM login belonging solely to Mark L. Javitch, attorney for Plaintiff, Local Rule 5-1(i)(3) permits the filer to attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Therefore, in accordance with LR 5-1(i)(3), I hereby attest that I have received permission from each signatory shown in this document to use their e-signature for the purposes of filing this document.

DATED: February 24, 2025                            By:/s/ Mark L. Javitch
                                                                                   Mark L. Javitch