Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*One of the Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FISS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA COLLEGE OF THE ARTS,<br><br>　　　　　　Defendant | Case No.: 4:24-cv-03415-HSG<br><br>**DECLARATION OF MARK L. JAVITCH IN SUPPORT OF JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING ON MOTION TO DISMISS** |

I, Mark L. Javitch, hereby declare the following in support of the Joint Stipulation to Extend Briefing Schedule and Hearing on Defendant's Motion to Dismiss the Second Amended Complaint:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am an attorney of record for Plaintiff KAREN FISS in the instant matter. This declaration is based on personal knowledge of the matters set forth herein.

2. I met and conferred with opposing counsel via email regarding this stipulation, and it is agreed that:

    a. The extension of time is requested because there are several issues raised in Defendant's motion to dismiss and the current hearing overlaps with Passover.

    b. The proposed change would not have any effect on the case schedule.

c. The Court previously granted extensions on August 15, 2024, October 21, 2024, December 2, 2024, and

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on the date stated below in San Mateo County, California.

Dated: February 24, 2025                         By: /s/ Mark L. Javitch
                                                     Mark L. Javitch