Angel R. Sevilla (State Bar No. 239072)
Jessica C. Shafer (State Bar No. 297856)
Julianna Bramwell (State Bar No. 339794)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Angel.Sevilla@jacksonlewis.com
E-mail: Jessica.Shafer@jacksonlewis.com
E-mail: Julianna.Bramwell@jacksonlewis.com

Attorneys for Defendant
CALIFORNIA COLLEGE OF THE ARTS

Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

Attorneys for Plaintiff
KAREN FISS

Lori Lowenthal Marcus* (PA 53388)
Jerome Marcus* (PA SBN 50708)
The Deborah Project
P.O.B. 212
Merion Station, PA 19066
Telephone: (610) 880-0100
 jmarcus@deborahproject.org
 rghatan@deborahproject.org

*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FISS,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA COLLEGE OF THE ARTS,<br><br>  Defendant. | Case No. 4:24-cv-03415-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE**<br><br>Complaint Filed:      06/06/2024<br>First Amended Complaint: 09/05/2024<br>Trial Date:           Not Set |

Plaintiff KAREN FISS and Defendant CALIFORNIA COLLEGE OF THE ARTS ("CCA" or together, "Parties"), by and through the undersigned counsel, have conferred and hereby stipulate to the following case schedule:

| | |
|---|---|
| Deadline for Completion of Fact Discovery | November 14, 2025 |
| Deadline for Designation of Experts | November 26, 2025 |
| Deadline for Expert Rebuttal Disclosures | December 17, 2025 |
| Deadline for Completion of Expert Discovery | January 7, 2026 |
| Deadline for Filing Dispositive Motion | January 30, 2026 |
| Hearing on Dispositive Motions | March 5, 2026 |
| Exchange of Evidence | March 31, 2026 |
| Motions in Limine | April 7, 2026 |
| Pretrial Filings (other than MILs) | April 14, 2026 |
| Pre-Trial Conference | April 28, 2026 |
| Trial | May 11, 2026 |

Dated: March 11, 2025                JACKSON LEWIS P.C.


By:   /s/ Jessica C. Shafer
      Angel R. Sevilla
      Jessica C. Shafer
      Julianna Bramwell
      Attorneys for Defendant
      CALIFORNIA COLLEGE OF THE ARTS

*"Pursuant to L.R. 5-1(i)(3), I hereby attest concurrence in the filing of this document has been obtained from the other Signatory by e-mail, which shall serve in lieu of his signature on the document indicated by a conformed signature (/s/) within this e-filed document."*

| | | |
|---|---|---|
| 1 | DATED: November 27, 2024 | By: /s/ Mark L. Javitch |
| 2 | | Mark L. Javitch (CA SBN 323729) |
| | | Javitch Law Office |
| 3 | | 3 East 3rd Ave. Ste. 200 |
| | | San Mateo, CA 94401 |
| 4 | | Tel: (650) 781-8000 |
| | | Fax: (650) 648-0705 |
| 5 | | mark@javitchlawoffice.com |

Lori Lowenthal Marcus* (PA 53388)
Jerome Marcus* (PA SBN 50708)
The Deborah Project
P.O.B. 212
Merion Station, PA 19066
610.880.0100
jmarcus@deborahproject.org
rghatan@deborahproject.org

*Attorneys for Plaintiff*
KAREN FISS

*\* Admitted Pro Hac Vice*

# [PROPOSED] ORDER

Having reviewed and considered the parties' submissions, the Court hereby GRANTS the Parties stipulation and sets the following case schedule:

| | |
|---|---|
| Deadline for Completion of Fact Discovery | November 14, 2025 |
| Deadline for Designation of Experts | November 26, 2025 |
| Deadline for Expert Rebuttal Disclosures | December 17, 2025 |
| Deadline for Completion of Expert Discovery | January 7, 2026 |
| Deadline for Filing Dispositive Motion | January 30, 2026 |
| Hearing on Dispositive Motions | March 5, 2026 |
| Exchange of Evidence | March 31, 2026 |
| Motions in Limine | April 7, 2026 |
| Pretrial Filings (other than MILs) | April 14, 2026 |
| Pre-Trial Conference | April 28, 2026 |
| Trial | May 11, 2026 |

IT IS SO ORDERED.

Dated: _____          _____
                                        Hon. Haywood S. Gilliam, Jr.
                                        United States District Judge

4911-8715-4727, v. 4

JOINT STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE