UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN FISS,

        Plaintiff,

v.

CALIFORNIA COLLEGE OF THE ARTS,

        Defendant.

Case No. 24-cv-03415-HSG

**SCHEDULING ORDER**

A case management conference was held on March 4, 2025. Having considered the parties' proposal, *see* Dkt. No. 64, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | May 16, 2025 |
| Close of Fact Discovery | October 10, 2025 |
| Exchange of Opening Expert Reports | October 24, 2025 |
| Exchange of Rebuttal Expert Reports | November 14, 2025 |
| Close of Expert Discovery | December 5, 2025 |
| Dispositive Motion Hearing Deadline | February 5, 2026, at 2:00 p.m. |
| Pretrial Conference | April 28, 2026, at 3:00 p.m. |
| Jury Trial (5 days) | May 11, 2026, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order **TERMINATES** Dkt. No. 64.

**IT IS SO ORDERED.**

Dated: March 14, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge