Angel R. Sevilla (State Bar No. 239072)
Jessica C. Shafer (State Bar No. 297856)
Julianna Bramwell (State Bar No. 339794)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Angel.Sevilla@jacksonlewis.com
E-mail: Jessica.Shafer@jacksonlewis.com
E-mail: Julianna.Bramwell@jacksonlewis.com

Attorneys for Defendant
CALIFORNIA COLLEGE OF THE ARTS

*[Additional Attorneys on next page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FISS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA COLLEGE OF THE ARTS,<br><br>Defendant. | Case No. 4:24-cv-03415-HSG<br><br>**JOINT STIPULATION TO CONTINUE THE CLOSE OF FACTUAL DISCOVERY; ORDER (as modified)**<br><br>Complaint Filed: 06/06/2024<br>1st Amended Complaint: 09/05/2024<br>2nd Amended Complaint: 02/04/2025<br>Trial Date: 05/11/2026 |

Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

Attorneys for Plaintiff
KAREN FISS

Lori Lowenthal Marcus* (PA 53388)
Jerome Marcus* (PA 50708)
The Deborah Project
P.O.B. 212
Merion Station, PA 19066
Telephone:  (610) 880-0100
jmarcus@deborahproject.org
rghatan@deborahproject.org

* *Admitted Pro Hac Vice*

Pursuant to N.D. Cal. Local Rules 6-2 and 7-12, Plaintiff KAREN FISS ("Plaintiff") and Defendant CALIFORNIA COLLEGE OF THE ARTS ("Defendant") (collectively, the "Parties") hereby agree and stipulate to continue the close of factual discovery, subject to the Honorable Court's approval. There is good cause to amend the Court's March 14, 2025, Case Management Scheduling Order (Dkt. No. 67):

1. WHEREAS, on March 14, 2025, this Court entered a Case Scheduling Order which set the Parties' deadline to complete factual discovery to October 10, 2025. (Dkt. No. 67).

2. WHEREAS, on July 16, 2025, the Parties agreed to mediate this matter with the Honorable Jamie Jabos-May.

3. WHEREAS, the Parties are currently scheduled to mediate on September 11, 2025.

4. WHEREAS, the Parties have agreed to stay discovery until after mediation;

5. WHEREAS, the Parties agree that good cause exists to continue the close of factual discovery so that the Parties can focus on and conserve resources toward mediation;

6. WHEREAS, the Parties jointly stipulate and respectfully request that the close of factual discovery be continued from October 10, 2025, to December 10, 2025, or such later date that is convenient for the Court.

IT IS SO STIPULATED.

Dated: September 2, 2025               JACKSON LEWIS P.C.


                                       By:   /s/ Angel R. Sevilla
                                             Angel R. Sevilla
                                             Jessica C. Shafer
                                             Julianna Bramwell
                                             Attorneys for Defendant
                                             CALIFORNIA COLLEGE OF THE ARTS

| | |
|---|---|
| DATED: September 2, 2025 | By:  /s/ Mark L. Javitch<br>Mark L. Javitch (CA SBN 323729)<br>Javitch Law Office<br>3 East 3rd Ave. Ste. 200<br>San Mateo, CA 94401<br>Tel: (650) 781-8000<br>Fax: (650) 648-0705<br>mark@javitchlawoffice.com<br><br>Lori Lowenthal Marcus* (PA 53388)<br>Jerome Marcus* (PA SBN 50708)<br>The Deborah Project<br>P.O.B. 212<br>Merion Station, PA 19066<br>610.880.0100<br>jmarcus@deborahproject.org<br>rghatan@deborahproject.org<br><br>*Attorneys for Plaintiff*<br>KAREN FISS<br><br>*  Admitted Pro Hac Vice* |

## **ATTESTATION**

Pursuant to Northern District of California Local 5-1(i)(3, I attest that concurrence in the filing of this document has been obtained from each of the signatories to this document.

By:    /s/ Angel R. Sevilla

## **ORDER**

After considering the Defendant's Stipulation, and for Good Cause appearing, the Court hereby Orders as follows:

1. The Parties' close of factual discovery is continued from October 10, 2025 to December 10, 2025.  All other deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: 9/3/2025                              By: _____
                                                  Hon. Haywood S. Gilliam, Jr.

4920-8156-4772, v. 1